```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

DAVID PRIOR,                          *
                                      *
    Plaintiff,                        *
                                      *
vs.                                   *   CIVIL ACTION 10-00390-B
                                      *
MICHAEL J. ASTRUE,                    *
Commissioner of Social Security,      *
                                      *
    Defendant.                        *

### JUDGMENT

In accordance with the Order entered on September 30, 2011, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying claimant benefits be **AFFIRMED.**

**DONE** this the **30th** day of **September**, **2011.**

                                                     **/s/ SONJA F. BIVINS**_____
                                        **UNITED STATES MAGISTRATE JUDGE**